# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SMART APPAREL (U.S.), INC., <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. 2:23-cv-01754-TLF |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendant's motion to dismiss is granted. Plaintiff's complaint is DISMISSED with prejudice.

Dated this 11th day of March, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/Gayle Riekena
Deputy Clerk
