# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SMART APPAREL US, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORDSTROM, INC.,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:23-cv-01754-TLF |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

This case is DISIMISSED with prejudice, with each party to bear its own costs and fees.

Dated this 5th day of January, 2026.

　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/GAYLE RIEKENA
　　　　　　　　　　　　　　　　　　　Deputy Clerk